Mary A. NAREZ, Appellant/Claimant,

v.

INCARNATE WORD HOSPITAL,
Respondent/Employer.

No. 63607.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 21, 1993.

Leroy Crouther, Jr., St. Louis, for appellant.

John J. Johnson, Jr., Scott L. Bernstein, St. Louis, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

*ORDER*

*PER CURIAM.*

Appellant, Mary A. Narez, appeals from a determination of the Labor and Industrial Relations Commission denying her claim for Workers' Compensation benefits. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings of the motion court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the motion court's order pursuant to Rule 84.-16(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.

STATE of Missouri, Respondent,

v.

Willie G. COPHER, Appellant.

Willie G. COPHER, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 61015, 63034.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 21, 1993.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

ORDER

PER CURIAM.

Appellant, Willie G. Copher, appeals from the denial of his jury conviction in the County of St. Louis of first degree assault, RSMo. § 565.050 (1986), and armed criminal action, RSMo § 571.015 (1986). Additionally, appellant appeals from a denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the motion court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the motion court's order pursuant to Rules 84.16(b) and 30.25(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.